# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA RAYGOZA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:13-cv-00322-LJO-MJS<br><br>**ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>**(ECF No. 16)** |

Plaintiff's "Application for Order for Appointment of Guardian ad Litem" (ECF No. 16) is in actuality a request to appoint two different guardians for four different children. Specifically, it seeks appointment of Plaintiff Fiona Raygoza as guardian for her son Manuel Armenta (aka Daniel Manny Armenta) and for appointment of Candelaria Ramirez as guardian for her three minor children bearing the last name of Armenta.

The Application is deficient in the following respects:

1. While it may be presumed Plaintiff has consented and authorized her counsel to so move the Court, there is nothing before the Court to indicate Ms. Ramirez' similar authorization or her willingness to act as guardian. Indeed, there is nothing to indicate that she is even aware that such an application is being made in her name.

2. There is nothing before the Court to indicate that either proposed guardian is a competent and responsible adult capable of acting as guardian.

3. There is no contact information provided for either proposed guardian.

4. There is nothing to indicate whether or not the minor children are subject to any other existing guardianships.

5. Clerical errors leave the Court unclear of the date of birth of Ivan and Calah Armenta.

6. No proposed Order has been filed in MJSOrders@caed.uscourts.gov as required by Local Rules.

For the foregoing reasons, the application is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   August 16, 2013              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

2