LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Melanie T. Partow, Esq. (SBN 254843)
mpartow@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

NATHAN S. MILLER (SBN 240278)
MARY CASTRO-AYALA (SBN 242267)
MILLER & AYALA, LLP
191 W. Shaw Avenue, Suite 102
Fresno, California 93704
Telephone: (559) 222-6622
Facsimile:   (559) 222-6626

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA RAYGOZA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-00322<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DATES FOR ONE WEEK** |

# ORDER

Having reviewed the parties' Stipulation to Continue Dates for One Week, and GOOD CAUSE appearing therefore, the Stipulation is hereby GRANTED. The current dates are hereby continued as follows:

| Event : | Old Date: | New Date: |
|---|---|---|
| L/D Depose Dr. Sbordone | April 25, 2014 | May 2, 2014 |
| Dr. Sbordone's Supp. Report | April 11, 2014 | April 18, 2014 |
| MSJ Filing Deadline | May 2, 2014 | May 9, 2014 |
| MSJ Opposition | May 9, 2014 | May 16, 2014 |
| MSJ Reply | May 16, 2014 | May 22, 2014 |
| MSJ Hearing Date | May 30, 2014 | June 6, 2014 |

IT IS SO ORDERED.

Dated:   April 15, 2014                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE