# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA RAYGOZA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-00322 LJO (MSJx)<br><br>**ORDER GRANTING INITIAL EX PARTE APPLICATION FOR EXTENSION OF TIME TO OPPOSE SUMMARY JUDGMENT** |

Having reviewed Plaintiffs' Initial Ex Parte Application for Extension of Time to Oppose Summary Judgment and Affidavit of Counsel, and GOOD CAUSE appearing therefore, the Plaintiffs' Initial Ex Parte Request is hereby GRANTED. *See* Local Rule 144(c). The current dates are hereby continued as follows:

| Event : | Old Date: | New Date: |
|---|---|---|
| L/D File Opposition to MSJ | Oct. 15, 2014 | Oct. 22, 2014 |
| MSJ Hearing | Oct. 29, 2014 | Nov. 5, 2014 |

IT IS SO ORDERED.

　Dated:　**October 14, 2014**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE